RECEIVED
IN LAKE CHARLES, LA
APR - 2 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ROBERT ASH | CIVIL ACTION NO. 06-1854 |
| VS. | SECTION P |
| GLOBAL EXPERTISE IN OUTSOURCING, INC. ET AL. | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, *sua sponte*, under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED** that the plaintiff's Supplemental State Court claims against Lt. Smith and GEO, Inc., be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to refile these claims in the appropriate state court.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 2 day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE